IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| **BRITTANY KEYS** | : |
| **PLAINTIFF** | : Civil Action No. 1:08CV-00138-JHM |
| v. | : CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| **DART CONTAINER CORPORATION** *OF KENTUCKY* | : |
| **DEFENDANTS** | : |

### ORDER

The Court, having been advised by counsel that settlement has been reached on all matters in this case, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

The **jury trial** scheduled for December 5, 2012, is **vacated**.

*[signature]*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

Copies to: Counsel of record
Traci Duff

September 7, 2012